IN THE UNITED STATES OF AMERICA
SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

UNITED STATES OF AMERICA

V.                                                    CRIMINAL NO. 4:07cr21TSL-JCS

DAVID EARL HUGHES

## **ORDER TO SEAL EXHIBITS**

THIS CAUSE having come for consideration on the motion of the Government, to seal

the exhibits from the trial in this matter. The defense has no objection to this motion.

ORDERED AND ADJUDGED that Government's request to seal the exhibits from trial

be hereby granted.

SO ORDERED this the 5th day of September, 2008.


/s/Tom S. Lee_____
UNITED STATES DISTRICT JUDGE