INT THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

UNITED STATES OF AMERICA                                                    PLAINTIFF

V.                                                          CRIMINAL NO. 4:07-CR-21TSL-JCS

DAVID EARL HUGHES                                                          DEFENDANT

## FINAL ORDER OF FORFEITURE

WHEREAS, on September 29, 2008, this Court entered an Preliminary Order of Forfeiture ordering defendant **DAVID EARL HUGHES** to forfeit the following property:

## PERSONAL PROPERTY

One Marlin rifle, Model 60, .22 caliber, serial number 99205442 (08-ATF-000041)

WHEREAS, the United States caused notice to be posted on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days, beginning on October 1, 2008, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions general circulation, notice of this forfeiture and of the intent of the United States to dispose of the property in accordance with the law and as specified in the Preliminary Order, and further notifying all third parties of their right to petition the Court within sixty (60) days for a hearing to adjudicate the validity of their alleged legal interest in the property; and

WHEREAS, no other potential claimants were known; and

WHEREAS, no timely claim has been filed; and

WHEREAS, the Court finds that defendant had an interest in the property that is subject to forfeiture pursuant to 18 U.S.C. § 924(d)(1);

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that One Marlin rifle, Model 60, .22 caliber, serial number 99205442 is hereby forfeited to the United States of America pursuant to 18 U.S.C. § 924(d)(1).

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that all right, title and interest to the property described above is hereby condemned, forfeited and vested in the United States of America, and shall be disposed of according to law; and

IT IS FURTHER ORDERED that the United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Order; and

IT IS FURTHER ORDERED that the Clerk of the Court shall forward four certified copies of this Order to the United States Attorney's Office, 188 East Capitol Street, Suite 500, Jackson, MS 39201, Attention: Assistant U.S. Attorney J. Scott Gilbert.

SO ORDERED, ADJUDGED, AND DECREED this 20th day of February, 2009.

/s/Tom S. Lee
HONORABLE
UNITED STATES DISTRICT JUDGE