IN THE UNITED STATES OF AMERICA
SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION



UNITED STATES OF AMERICA

V.  CRIMINAL NO. 4:07cr21TSL-JCS

DAVID EARL HUGHES

### MOTION AND ORDER TO UNSEAL EXHIBITS

THIS CAUSE having come for consideration on the motion of the Government, to unseal the exhibits from the trial in this matter for the purpose of the appeal.

ORDERED AND ADJUDGED that Government's request to unseal the exhibits from trial be hereby granted.

SO ORDERED this the 5th day of October, 2009.

_____
TOM S. LEE
UNITED STATES DISTRICT JUDGE